DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MCCARTHY & YERSEL, PLLC,**
Appellant,

v.

**MILESTONE COURT REPORTERS LLC,**
Appellee.

No. 4D2025-3749

[July 16, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. 062025SC029492AXXXWE.

Emre Yersel of Yersel Law PLLC, Fort Lauderdale, for appellant.

Lawrence M. Kosto of Kosto & Rotella, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***